# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In the matter of:                     **Case No.:** 06-30076

Stone, Herbert                        **Chapter 13 Proceedings**

      **Debtor(s).**                    **Judge Daniel Opperman**

_____/

## <u>NOTICE OF UNCLAIMED DIVIDENDS</u>

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a).  The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Herbert Stone/Debtor Refund | n/a | n/a | Unclaimed | 689740 | $1447.56 |

Dated:  September 10, 2009

       ___/s/Carl L. Bekofske___
Carl L. Bekofske,
Standing Chapter 13 Trustee
510 W. Court Street
Flint, MI  48503
Telephone:  (810) 238-4675
Fax:  (810) 238-4712
Email: ECF@flint13.com